COUNTY OF JACKSON, Respondent,

v.

Lewis VANDEVENTER, Appellant.

No. WD 41771.

Missouri Court of Appeals,
Western District.

Jan. 16, 1990.

L.R. Magee, Kansas City, for appellant.

W.J. Gnefkow, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM:

The appellant was found guilty by the court of violating a Jackson County ordinance for installing a private sewage dis-

posal system without obtaining a permit. The judgment is affirmed. Rule 84.16(b).